# Court of Appeals, State of Michigan

## ORDER

Power Play International Inc v Del Reddy

Docket No.    325805

LC No.        2011-123508-CK

Donald S. Owens
Presiding Judge

Stephen L. Borrello

Cynthia Diane Stephens
Judges

The Court orders that the June 9, 2016 opinion is hereby, VACATED, and a new opinion is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUL 26 2016
_____
Date

_____
Chief Clerk